UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-61694-CIV-SINGHAL

NICHOLAS SHEKERDEMIAN *et al.*,

Plaintiff,

v.

SILVERBACK UNITED INC.,

Defendants.

---

## DEFAULT FINAL JUDGMENT AND PERMANENT INJUNCTION

**THIS CAUSE** is before the Court following the Court's Order (DE [32]) granting Plaintiffs' Motion for Entry of Final Default Judgment Against Defendant. In accordance with Federal Rule of Civil Procedure 58(a), the Court enters this separate final judgment. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Final Default Judgment is entered in favor of Plaintiffs and against Silverback United Inc. Plaintiffs are awarded $13,225,000 in damages plus costs. Interest shall accrue at the rate prescribed by 28 U.S.C. § 1961. The Clerk is directed to **CLOSE** the case.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 10th day of July 2024.

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE